IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | ‖ | CR 12-92 LRR |
| vs. | ‖ | **ORDER** |
| JAMES SUMNER, | | |
| Defendant. | | |

_____

On March 15, 2013, the court accepted the jury verdict finding Defendant James Sumner guilty on Counts 1, 2, 3 and 4 of the Indictment. The jury did not consider Count 5 in conformance with the court's jury instructions.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Counts 1-4 of the Indictment.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant to be detained pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 15th day of March, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA